Submitted on remand from the Oregon Supreme Court August 16, conviction for possession of a controlled substance reversed and remanded; remaining convictions affirmed and remanded for resentencing October 31, 2007

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

CARLOS IVAN RODRIGUEZ-BARRERA,
*Defendant-Appellant.*

Lincoln County Circuit Court
041426; A128355

170 P3d 1136

Peter A. Ozanne, Executive Director, Peter Gartlan, Chief Defender, and Jamesa J. Drake, Deputy Public Defender, Office of Public Defense Services, for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Joanna L. Jenkins, Assistant Attorney General, for respondent.

Before Landau, Presiding Judge, and Schuman and Ortega, Judges.

PER CURIAM

Conviction for possession of a controlled substance reversed and remanded. *State v. Birchfield*, 342 Or 624, 157 P3d 216 (2007); *State v. Miller*, 208 Or App 424, 144 P3d 1052, *adh'd to on recons*, 210 Or App 176, 149 P3d 1251 (2006). Remaining convictions affirmed and remanded for resentencing.